728

tition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Will R. Gregg* and *Allin H. Pierce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 278. COMPANIA TRASATLANTICA (FORMERLY COMPANIA TRASATLANTICA ADMINISTRADA POR EL ESTADO) *v.* THE MANUEL ARNUS ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Geo. Whitefield Betts, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Walter J. Cummings, Jr.* for the United States, respondent.

No. 280. KORTZ *v.* GUARDIAN LIFE INSURANCE Co. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Max P. Zall* for petitioner. *Mr. Lowell White* for respondent.

No. 285. LAYTON *v.* OREGON. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Richard Harry Layton, pro se. Mr. Ralph E. Moody* for respondent.

No. 286. ALUMINUM COMPANY OF AMERICA *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Paul G. Rodewald* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs.*